IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANE THORNTON, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A.,<br><br>Defendant. | **ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL**<br><br>2:21-cv-000345-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Having received Plaintiff Jane Thornton's Notice of Dismissal Without Prejudice on February 15, 2022,[1] the court acknowledges that all claims against Defendant Zions Bancorporation, N.A. have been dismissed in their entirety without prejudice.[2] The clerk of court is directed to close the case.

SO ORDERED this 15th day of February, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 49.

[2] Plaintiff voluntarily dismissed the claims under Fed. R. Civ. P. 41(a)(1)(A)(i).